**Myron GIBBS, Defendant Below, Appellant,**

**v.**

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 211, 2015**

Supreme Court of Delaware.

Submitted: May 11, 2016
Decided: May 20, 2016

**AFFIRMED.**

---

**Edward SUCHOMEL, Defendant Below, Appellant,**

**v.**

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 492, 2015**

Supreme Court of Delaware.

Submitted: May 18, 2016
Decided: May 20, 2016

**AFFIRMED.**